UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SALVATORE SAVOCA,
       Petitioner,

v.

UNITED STATES OF AMERICA,
       Respondent.
--------------------------------------------------------x

**ORDER**

16 CV 4735 (VB)
03 CR 841 (VB)

    By Order dated October 1, 2020, the Second Circuit granted petitioner's motion for leave to file a second or successive Section 2255 motion and transferred the proceeding to this Court. The Mandate was entered on this Court's docket on October 5, 2020.

    Accordingly, by no later than October 20, 2020, the parties shall submit a joint letter advising the Court of the status of this case and recommending next steps.

Dated: October 6, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge