emailed USAO  
Copies ~~Mailed/Faxed~~ Fed. Defy.  
Chambers of Vincent L. Briccetti  11-4-20

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------x  
SALVATORE SAVOCA,  
          Petitioner,  

**ORDER**

v.

16 CV 4735 (VB)  
03 CR 841 (VB)

UNITED STATES OF AMERICA,  
          Respondent.  
------------------------------------------------------x

    By Order dated October 1, 2020, the Second Circuit granted petitioner's motion for leave to file a second or successive Section 2255 motion and transferred the proceeding to this Court. The Mandate was entered on this Court's docket on October 5, 2020.

    By Order dated October 6, 2020, the Court directed the parties to submit a joint letter by October 20, 2020, advising the Court of the status of this case and recommending next steps.

    To date, the parties have not filed such letter.

    Accordingly, the Court <u>sua sponte</u> extends to <u>November 11, 2020</u>, the parties' time to submit a joint letter advising the Court of the status of this case and recommending next steps

Dated: November 4, 2020  
       White Plains, NY

                              SO ORDERED:

                              _____  
                              Vincent L. Briccetti  
                              United States District Judge