UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     03 CR 841-2 (VB)
SALVATORE SAVOCA,                 :
                    Defendant.    :
-----------------------------------------------------x

By letter dated November 20, 2020, the parties jointly request that defendant Salvatore Savoca's term of supervised release be terminated early. (Doc. #202). The parties report that Mr. Savoca has been on supervised release for more than three years, has complied with all the conditions of supervised release, and is gainfully employed, and that his probation officer supports early termination of supervised release. In light of the foregoing, and having considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Savoca's conduct and the interest of justice.

Accordingly, it is hereby ORDERED that supervised release is terminated, and defendant Salvatore Savoca is discharged therefrom, effective immediately.

By November 30, 2020, defendant Savoca shall either voluntarily dismiss his petition for relief under 28 U.S.C. § 2255 (case no. 16-cv-4735), or provide a further status update.

Dated: November 20, 2020
       White Plains, NY

                                          SO ORDERED:

                                          [signature]

                                          Vincent L. Briccetti
                                          United States District Judge