USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Salvatore Savoca,

03 Cr. 841 (VB)

16 Civ. ~~4736~~ (VB)

4735

Petitioner,

v.

United States of America,

Respondent.

--------------------------------------------------------------X

## NOTICE OF DISMISSAL

Please take notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action,

filed under 16 Civ. 4736 and 03 Cr. 841 pursuant to 28 U.S.C. § 2255, is hereby

voluntarily dismissed by Petitioner in its entirety.  Undersigned counsel has spoken

with Mr. Savoca who authorized the dismissal of this action.

Respectfully submitted,

*David Patton*
_____
David Patton
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8738
*Counsel for Petitioner*

The Clerk is instructed to clock
Case no. 16-CV-4735
So Ordered:
VB (USDJ)   11/23/20